FILED
2010 Feb-04  AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LYNNE WINDHAM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Civil Action No.: CV-09-S-1962-S** |
| | ) |
| **ATLANTIC CREDIT &** | ) |
| **INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION AND ORDER

This case comes before the court on the motion to remand filed by the plaintiff,

(doc. no. 6).  On November 18, 2009, the magistrate recommended that the motion

be granted and that the plaintiff's motion for attorneys' fees be denied ( doc. no. 9).

No objections have been filed to the recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court

file, including the report and recommendation, the Court is of the opinion that the

magistrate judge's report is due to be, and it hereby is, ADOPTED, and the

recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that the defendant

has not unambiguously established that the amount in controversy exceeds

$75,000.00.  Accordingly, the plaintiff's motion to remand is hereby GRANTED.

The plaintiff's motion for attorneys' fees is DENIED.  The Clerk is directed to mail

a certified copy of this order to the Clerk of the Circuit Court of Jefferson County,

Alabama.

DONE and ORDERED this 4th day of February, 2010.

_____
United States District Judge